IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALVIN JOHNSON,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:15cv508-MHT
                               )          (WO)
WARDEN DAVENPORT, et al.,      )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) The claims against defendant Easterling Correctional Facility are dismissed, and said defendant is terminated as a party, with no costs taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back to the United States Magistrate Judge for further proceedings. The case is not closed.

DONE, this the 11th day of September, 2015.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**