IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv508-MHT |
| | ) | (WO) |
| WARDEN DAVENPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a now-former state prisoner, filed this lawsuit complaining that he suffered severe burns and other serious injuries in an assault by another inmate when his dormitory at Easterling Correctional Facility was left unguarded for a significant period of time. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow to court orders and prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of February, 2018.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**